# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

| | |
|---|---|
| USHER MILLS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
|  | : FILE NO. 1:16-cv-2990-AT |
| UNITED STATES OF AMERICA, | : |
| Defendant. | : |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

The Parties hereby agree and stipulate that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Respectfully Submitted May 4, 2017.

/s/Jennifer Auer Jordan
Jennifer Auer Jordan
Joshua Forrest Silk
Shamp Speed Jordan Woodward
1718 Peachtree Street, N.W.
Suite 660
Atlanta, Georgia   30309

*Attorneys for Plaintiff*

/s/Gabriel A. Mendel
Gabriel A. Mendel
Assistant U.S. Attorney
600 United States Courthouse
75 Ted Turned Drive, S.W.
Atlanta, Georgia 30303

*Attorneys for Defendant*